No. 284. HILL v. TOPEKA MORRIS PLAN. October 23, 1939. Petition for writ of certiorari to the Circuit Court

of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Robt. L. Hill, pro se.* No appearance for respondent.